**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 05-6858**

―――――――

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MICHAEL BRANDON SHULER,

                              Defendant - Appellant.

―――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Chief District Judge.  (CR-01-10080; CA-03-446-7)

―――――――

Submitted:  October 19, 2005        Decided:  November 9, 2005

―――――――

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Michael Brandon Shuler, Appellant Pro Se.  Randy Ramseyer, United States Attorney, Abingdon, Virginia, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Brandon Shuler, a federal prisoner, seeks to appeal the district court's order dismissing his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). This standard is satisfied by demonstrating that reasonable jurists would find the district court's assessment of Shuler's constitutional claims debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Shuler has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED